IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:08CV71

| | |
|---|---|
| ANNA HOLLIFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | )    <u>O R D E R</u> |
| | ) |
| MICHAEL J. ASTRUE, Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court on the Plaintiff's motion to receive filings out of time. The Defendant has no objections to the relief sought.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion to receive filings out of time is **ALLOWED**, and her motion for summary judgment is deemed timely filed *nunc pro tunc.*

2

Signed: December 30, 2008

Lacy H. Thornburg
United States District Judge