# United States District Court
# For The Western District of North Carolina
# Asheville Division

Anna Hollifield,

    Plaintiff(s),                                          JUDGMENT IN A CIVIL CASE

vs.                                                          1:08cv71

Commissioner of Social Security,

    Defendant(s).


DECISION BY COURT. This action having come before the Court by Consent Motion to Remand and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 02/10/2009 Order.

                                                                    FRANK G. JOHNS, CLERK

February 10, 2009

                                                           BY: s/ Tammy H. Hightower
                                                                Tammy Hightower, Deputy Clerk