IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| ANNA HOLLIFIELD, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:08-CV-71 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**O R D E R**

**THIS MATTER** is before the Court on Plaintiff's Petition for Payment of Attorney Fees filed on March 12, 2009. By Response filed on March 20, 2009, Defendant advises that the parties have reached agreement on this matter and he will not oppose an award of legal fees in the amount of $1,164.94, as full satisfaction of any and all claims by Plaintiff in this case under 28 U.S.C. § 2412(d).

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Petition for Payment of Attorney Fees is **GRANTED**, and Plaintiff is hereby awarded the sum of $1,164.94 for attorney's fees.

**IT IS FURTHER ORDERED** that no additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

Signed: March 24, 2009

Lacy H. Thornburg
United States District Judge